## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: UHLIR, MARILYN J               § Case No. 13-81013
                                      §
                                      §
                                      §
Debtor(s)                             §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $110,145.00           Assets Exempt: $20,412.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,420.26     Claims Discharged
                                               Without Payment: $57,330.17

Total Expenses of Administration: $2,317.25

---

3) Total gross receipts of $ 5,737.51 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,737.51 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $86,158.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,317.25 | 2,317.25 | 2,317.25 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 60,750.00 | 26,975.43 | 26,975.43 | 3,420.26 |
| **TOTAL DISBURSEMENTS** | $146,908.00 | $29,292.68 | $29,292.68 | $5,737.51 |

4) This case was originally filed under Chapter 7 on March 26, 2013. The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/14/2014              By: /s/JAMES E. STEVENS
                                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Mass Mutual Financial Group Policy No xxxx5976 P | 1129-000 | 5,737.51 |
| **TOTAL GROSS RECEIPTS** | | **$5,737.51** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Alpine Bank & Trust Co. | 4110-000 | 86,158.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$86,158.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,323.75 | 1,323.75 | 1,323.75 |
| Barrick, Switzer, Long, Balsley & Van Evera, LLP | 3110-000 | N/A | 973.50 | 973.50 | 973.50 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **N/A** | **$2,317.25** | **$2,317.25** | **$2,317.25** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-000 | 16,580.00 | 16,579.55 | 16,579.55 | 2,102.15 |
| 2 | Portfolio Recovery Associates, LLC | 7100-000 | 10,395.00 | 10,395.88 | 10,395.88 | 1,318.11 |
| NOTFILED | Rockford Mercantile | 7100-000 | 642.00 | N/A | N/A | 0.00 |
| NOTFILED | Swedish American Hospital c/o Mutual Management | 7100-000 | 13.00 | N/A | N/A | 0.00 |
| NOTFILED | JP Morgan Chase Bank | 7100-000 | 16,874.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank SD, N.A. | 7100-000 | 5,901.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank USA | 7100-000 | 6,573.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank SD, N.A. | 7100-000 | 3,772.00 | N/A | N/A | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $60,750.00 | $26,975.43 | $26,975.43 | $3,420.26 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-81013      **Trustee:** (330420) JAMES E. STEVENS
**Case Name:** UHLIR, MARILYN J      **Filed (f) or Converted (c):** 03/26/13 (f)
     **§341(a) Meeting Date:** 05/02/13
**Period Ending:** 01/14/14      **Claims Bar Date:** 08/23/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single Family Residence 4502 Edgewood Holls Dr,<br>Imported from original petition Doc# 1 | 106,187.00 | 0.00 | | 0.00 | FA |
| 2 | JP Morgan Chase Bank Checking Acct No xxxx3923<br>Imported from original petition Doc# 1 | 5.00 | 0.00 | | 0.00 | FA |
| 3 | BMO Harris Bank Checking Acct No xxxx4313<br>Imported from original petition Doc# 1 | 2,041.00 | 0.00 | | 0.00 | FA |
| 4 | Misc. Household Goods and Furnishings<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 5 | Misc. Used Clothing<br>Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 6 | Mass Mutual Financial Group Policy No xxxx5976 P<br>Imported from original petition Doc# 1 | 7,191.51 | 5,737.51 | | 5,737.51 | FA |
| 7 | 2002 Ford Taurus Mileage - 130,000<br>Imported from original petition Doc# 1 | 1,112.00 | 0.00 | | 0.00 | FA |
| 7 | **Assets Totals** (Excluding unknown values) | **$117,336.51** | **$5,737.51** | | **$5,737.51** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2013      **Current Projected Date Of Final Report (TFR):** October 1, 2013 (Actual)

Printed: 01/14/2014 01:04 PM      V.13.14

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 13-81013  
**Case Name:** UHLIR, MARILYN J  

**Taxpayer ID #:** **-***9385  
**Period Ending:** 01/14/14

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3566 - Checking Account  
**Blanket Bond:** $277,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/21/13 | {6} | Marilyn J. Uhlir | unexempt portion of life insurance proceeds | 1129-000 | 5,737.51 | | 5,737.51 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,727.51 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,717.51 |
| 12/09/13 | 101 | Barrick, Switzer, Long, Balsley & Van Evera, LLP | Dividend paid 100.00% on $973.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 973.50 | 4,744.01 |
| 12/09/13 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $1,323.75, Trustee Compensation; Reference: | 2100-000 | | 1,323.75 | 3,420.26 |
| 12/09/13 | 103 | American InfoSource LP as agent for | Dividend paid 12.67% on $16,579.55; Claim# 1; Filed: $16,579.55; Reference: | 7100-000 | | 2,102.15 | 1,318.11 |
| 12/09/13 | 104 | Portfolio Recovery Associates, LLC | Dividend paid 12.67% on $10,395.88; Claim# 2; Filed: $10,395.88; Reference: | 7100-000 | | 1,318.11 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,737.51 | 5,737.51 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 5,737.51 | 5,737.51 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,737.51** | **$5,737.51** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******3566** | 5,737.51 | 5,737.51 | 0.00 |
| | **$5,737.51** | **$5,737.51** | **$0.00** |

{} Asset reference(s)

Printed: 01/14/2014 01:04 PM    V.13.14